KAEMPFER CROWELL
Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rthompson@kcnvlaw.com
Email: rlower@kcnvlaw.com

*Attorneys for Defendant*
*Speedy Cash, LLC dba Rapid Cash*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY IRVIN-MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>SPEEDY CASH, LLC dba RAPID CASH,<br><br>Defendant. | Case No. 2:22-cv-01952-GMN-DJA<br><br>**STIPULATION AND ORDER TO STAY CASE TO ARBITRATE** |

Pursuant to LR IA 6-2 and LR 7-1, defendant Speedy Cash, LLC dba Rapid Cash and plaintiff Tiffany Irvin-Miller, through their respective counsel of record, stipulate as follows:

WHEREAS, the parties to this matter agree that the claims by plaintiff are governed by a valid arbitration agreement;

IT IS HEREBY STIPULATED AND AGREED that this matter should be filed in an applicable arbitration venue and that this matter should be stayed pending the completion of arbitration.

| KAEMPFER CROWELL | NEVADA BANKRUPTCY ATTORNEYS, LLC |
|---|---|
| [signature] | /s/ David Krieger |
| Raleigh C. Thompson, No. 11296<br>Ryan M. Lower, No. 9108<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | David Krieger, No. 9086<br>Matthew Knepper, No. 12796<br>5940 S Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118 |
| *Attorneys for Defendant*<br>*Speedy Cash, LLC dba Rapid Cash* | *Attorneys for Plaintiff*<br>*Tiffany Irvin-Miller* |

### ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall file Joint Status Reports every ninety (90) days, informing the Court of the status of arbitration proceedings and the case as a whole, beginning on March 14, 2023.

Dated this __14__ day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT