1  KAEMPFER CROWELL
   Raleigh C. Thompson, No. 11296
2  Ryan M. Lower, No. 9108
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
4  Facsimile: (702) 796-7181
   Email: rthompson@kcnvlaw.com
5  Email: rlower@kcnvlaw.com

6  *Attorneys for Defendant*
   *Speedy Cash, LLC dba Rapid Cash*
7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10 TIFFANY IRVIN-MILLER,                     Case No. 2:22-cv-01952-GMN-DJA

11         Plaintiff,

12    vs.                                    **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**

13 SPEEDY CASH, LLC dba RAPID CASH,

14         Defendant.

Pursuant to LR IA 6-2 and LR 7-1, defendant Speedy Cash, LLC dba Rapid Cash and plaintiff Tiffany Irvin-Miller stipulate to dismiss this action in its entirety, with prejudice. Each party will bear its own fees and costs.

DATED: March 1, 2023

KAEMPFER CROWELL

Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendant
Speedy Cash, LLC dba Rapid Cash*

DATED: March 1, 2023

NEVADA BANKRUPTCY ATTORNEYS, LLC

/s/ Matthew Knepper

Matthew Knepper, No. 12796
5940 S Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Plaintiff
Tiffany Irvin-Miller*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 3, 2023